# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIE WHITE, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-CV-1230 |
| | : | |
| DARREL MASSINI, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this **31ST** day of **May, 2022**, upon consideration of Willie White's Amended Complaint (ECF No. 8), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to (1) amend the docket to reflect that ECF No. 8 is an Amended Complaint and (2) terminate Sgt Victor Pachionni as a Defendant.

2. White's Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

3. The Clerk of Court shall **CLOSE** this case.

                                            BY THE COURT:

                                            */s/ Eduardo C. Robreno*
                                            **EDUARDO C. ROBRENO, J.**